Scott Sagaria (State Bar No.217981)
sjsagaria@sagarialaw.com
Elliot Gale (State Bar No. 263326)
egale@sagarialaw.com
Joe Angelo (State Bar No. 268542)
jangelo@sagarialaw.com
SAGARIA LAW, P.C.
3017 Douglas Blvd., Ste. 100
Roseville, California 95661
Telephone: (408) 279-2288
Facsimile: (408) 279-2299

Attorneys for Plaintiff
Monica Mendonza

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA — SAN JOSE DIVISION

| | |
|---|---|
| MONICA MENDOZA,<br><br>     Plaintiff,<br><br>   vs.<br><br>EQUIFAX, INC.; et. al.,<br><br>     Defendants. | Federal Case No.: 5:17-CV-01807-EJD<br><br>**STIPULATED REQUEST FOR DISMISSAL OF DEFENDANT EQUIFAX, INC.; [PROPOSED] ORDER** |

**TO THE COURT, CLERK OF COURT, AND ALL PARTIES:**

IT IS HEREBY STIPULATED by and between plaintiff Monica Mendoza and defendant Equifax, Inc. ("Equifax"), that Equifax be dismissed from this action with prejudice pursuant to Federal Rules of Civil Procedure, section 41(a)(2), and that each party shall bear its own attorneys' fees and costs.

//

//

//

//

| | | |
|---|---|---|
| DATED: July 24, 2017 | | Sagaria Law, P.C. |
| | By: | */s/ Elliot W. Gale* |
| | | Elliot W. Gale |
| | | Attorneys for Plaintiff |
| | | Monica Mendoza |
| | | |
| DATED: July 24, 2017 | | Nokes & Quinn |
| | | |
| | By: | */s/ Thomas P. Quinn, Jr.* |
| | | Thomas P. Quinn, Jr. |
| | | Attorneys for Defendant |
| | | Equifax, Inc. |

I, Elliot Gale, am the ECF user whose identification and password are being used to file this Stipulation. I hereby attest that Thomas P. Quinn, Jr. has concurred in this filing.

*/s/ Elliot Gale*

### [PROPOSED] ORDER

Pursuant to the stipulation of the Parties, Equifax is dismissed with prejudice, and that each party shall bear its own attorneys' fees and costs.

IT IS SO ORDERED.

DATED:_____

EDWARD J. DAVILA
UNITED STATES DISTRICT JUDGE